ACCEPTED
05-14-01628-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/27/2015 10:07:55 AM
LISA MATZ
CLERK

## NO. 05-14-01628-CR

| | | |
|---|---|---|
| TOREY JABBAR NEWHOUSE | § | IN THE COURT OF APPEALS |
| vs. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/27/2015 10:07:55 AM
LISA MATZ
Clerk

### STATE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing the State's brief be extended by thirty (30) days. *See* TEX. R. APP. P. 38.6(d). In support of this motion, the State would show the following:

Appellant entered an open plea of guilty to the offense of aggravated robbery with a deadly weapon, enhanced by a prior felony conviction. The trial court accepted the plea, deferred adjudication, and placed appellant on community supervision for a period of ten years. Subsequent, pursuant to the State's motion, the trial court adjudicated appellant and sentenced him to twenty-five years' imprisonment. Judgment adjudicating guilt was entered on November 25, 2014. After requesting and receiving an extension, Appellant's brief was filed on March 27, 2015. The State's brief was due, under Rule 38.6(b) of the Texas Rules of Appellate Procedure, on April 26, 2015. This case has not yet been set for submission.

Due to this attorney's existing docket, the State requests an extension of time of thirty (30) days, that is up to and including May 26, 2015, in which to file its brief. No previous extensions have been requested by the State in this case.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing its brief be extended until May 26, 2015.

Respectfully submitted,

**Susan Hawk**
Criminal District Attorney
Dallas County

**Laura Anne Coats**
Assistant District Attorney
State Bar No. 00790476
Frank Crowley Courts Building
133 N. Riverfront Blvd.,LB19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 *fax*
LAURA.COATS@dallascounty.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on Dianne Jones McVay, Counsel for Appellant, 4303 N. Central Expressway, Dallas, TX 75205 by first class mail and by email at dianne@jonesmcvay.com on April 27, 2015.

Laura Anne Coats

# CERTIFICATE OF WORD COMPLAINCE

I hereby certify that the foregoing motion is 390 words in length according to Microsoft Word, which was used to prepare the brief. *See* Tex. R. App. P. 73.3; Tex. R. App. P. 73.1(f).

_____
LAURA ANNE COATS